WILLIAM COVERLY et al., Appellants, v. TERMINAL WARE-
HOUSE COMPANY, Respondent.

*Coverly* v. *Terminal Warehouse Co.*, 85 App. Div. 488, affirmed.
(Argued April 8, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered July
29, 1903, affirming a judgment in favor of defendant entered
upon a verdict directed by the court.

*Wallace MacFarlane* and *Everett Masten* for appellants.

*John M. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN, CULLEN and WERNER, JJ.

---

WILLIAM MURRAY, et al., Respondents, v. WALTER T.
MILLER et al., Appellants.

*Murray* v. *Miller*, 86 App. Div. 623, affirmed.
(Argued April 6, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered July
23, 1903, in favor of plaintiffs upon the submission of a con-
troversy under section 1279 of the Code of Civil Procedure.

*Augustus C. Brown*, for appellants.

*Benjamin N. Cardozo* and *Moses Esberg* for respondents.

Judgment affirmed, with costs, on opinion in *Murray* v.
*Miller*, 178 N. Y. 316).
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN and CULLEN JJ.